IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALVIN PIERRE CARTER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Petitioner,

v.                       CASE NO. 1D15-1026

STATE OF FLORIDA,

     Respondent.

_____/

Opinion filed May 27, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

Bruce Miller, Public Defender, and Alice F. Harris, Assistant Public Defender, Pensacola, for Petitioner.

Pamela Jo Bondi, Attorney General, and Samuel B. Steinberg, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

Petitioner is granted a belated appeal of the October 8, 2014, judgments and sentences in Escambia County Circuit Court case numbers 2010-CF-003274-A, 2010-CF-005329-A, 2010-CF-005330-A, and 2010-CF-005567-A. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit

court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D). If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

BENTON, CLARK, and MAKAR, JJ., CONCUR.